# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JAVIER ROSALES, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-94 |
| v. | * | |
| HARRELL WATTS; RAYMOND E. HOLT; SUZANNE R. HASTINGS; JOHN V. FLOURNOY; KEN HARRIS, JR.; and SAM KIRCHOFF, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's July 26, 2016 Report and Recommendation, dkt. no. 48, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Motion for a Preliminary Injunction, dkt. no. 27.

**SO ORDERED**, this 18 day of August, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)