# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JAVIER ROSALES, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-94 |
| v. | * | |
| HARRELL WATTS; RAYMOND E. HOLT; JOHN V. FLOURNOY; KEN HARRIS, JR.; and SAM KIRCHOFF, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's December 6, 2016, Report and Recommendation, (dkt. no. 54), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint, **DISMISSES AS MOOT** all other pending motions, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

AO 72A
(Rev. 8/82)

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 10 day of January, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)